# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| NICHOLAS RYAN LEACH, PRO SE, <br> TDCJ-CID No. 773473, <br><br> Plaintiff, <br><br> v. <br><br> Senior Warden KEVIN FOLEY; <br> Sergeant MARTA MAES; Correctional <br> Officer DUSTIN OWNES; <br> Correctional Officer JESSEE KEMP; <br> Property Officer (Ex-Employee) <br> T. WAGES; <br> Property Officer MAYRA GARCIA; <br> Property Officer SHEILA BRISCO; and <br> Grievance Investigator STEPHANIE <br> PATTON, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § <br><br> Civil Action No. 2:16-CV-184-D |

## ORDER

After making an independent review of the pleadings, files, and records in this case, the June 28, 2018 findings, conclusions, and recommendation of the magistrate judge, and plaintiff's objections filed July 12, 2018, the court overrules the objections and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge. By separate judgment, this civil action is being dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b).

**SO ORDERED**.

July 23, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE